UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00072-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CRAIG HENRY BARNUM,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on supervised release violation is set for **Tuesday, November 2, 2010, at 9:00 a.m.**

    Dated: September 20, 2010